**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00126-CV

**SHEIK TEHUTI, Appellant**

**V.**

**TRANS-ATLAS FINANCIAL, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-06496-C**

## ORDER

We **DENY** appellant's June 13, 2014 "Notice and Affidavit for Rule 12 Challenges" requesting appellee's attorney to show authority for his representation of appellee.

/s/ ADA BROWN
   JUSTICE